IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12MJ200 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ENRIQUETA CARMEN BATIZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Emergency Motion to Return Passport [11]. Defendant surrendered her passport to Pretrial Services at the outset of this proceeding. The defendant is currently released on conditions of pretrial release which order her to obtain no passport, surrender any passport to pretrial services, and not leave the state of Nebraska. The defendant's son has suffered severe burns on various portions of his body, and has subsequently been hospitalized. The Defendant requests the Court permit her to travel from the state of Nebraska on to the country of Chile for the purposes of assisting in her son's recovery, and facilitating his return with her to the United States. The court finds said motion should be granted. Accordingly,

**IT IS HEREBY ORDERED**:

1. The Defendant's Emergency Motion to Return Passport [11] is granted.
2. The U.S. Pretrial Services office shall return the defendant's passport to her on August 1, 2012.
3. The defendant shall contact U.S. Pretrial Services in Nebraska upon her arrival in Chile, and advise the Court of her whereabouts.
4. The defendant will return to the state of Nebraska on or before August 15, 2012, and will surrender her passport to Pretrial Services immediately upon her return. The defendant shall contact Pretrial Services upon her return.

Dated this 1st day of August, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge